21123. LIVINGSTON *v.* HARRY SOMMERS INCORPORATED.

STEPHENS, J. 1. There being no assignment of error in the bill of exceptions, the writ of error is dismissed. Civil Code (1910), § 6140; *Williams* v. *Augusta Southern R. Co.,* 98 *Ga.* 392 (25 S. E. 557); *Winn* v. *State,* 124 *Ga.* 811 (53 S. E. 318); *Griffin* v. *Garrard,* 42 *Ga. App.* 337 (156 S. E. 270).

2. Moreover, no error appears. Civil Code (1910), § 3298; *Cody & Edgar* v. *Automobile Financing Inc.,* 37 *Ga. App.* 452 (140 S. E. 634).

*Writ of error dismissed. Jenkins, P. J., and Bell, J., concur.*

DECIDED MAY 15, 1931.

*Roy S. Drennan,* for plaintiff in error. *H. R. Lee,* contra.